United States Court of Appeals
Fifth Circuit

**F I L E D**

**September 16, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————————

No. 02-60892
Summary Calendar

———————————————

HALEEMA MISTRY,

Petitioner,

versus

JOHN ASHCROFT, U.S. ATTORNEY GENERAL,

Respondent.

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A70 898 011
--------------------

Before BARKSDALE, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Haleema Mistry petitions for review of an order of the Board of Immigration Appeals (BIA) summarily affirming the immigration judge's (IJ) decision to deny her application for asylum or withholding of deportation. Mistry argues that she has established past persecution and a well-founded fear of future persecution if she were to return to India.

After reviewing the record and the briefs, we conclude that the decision is supported by substantial evidence and that the

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

evidence in the record does not compel a contrary conclusion.  <u>See</u> <u>Mikhael v. INS</u>, 115 F.3d 299, 302-04, 306 (5th Cir. 1997); <u>Abdel-Masieh v. INS</u>, 73 F.3d 579, 584 (5th Cir. 1996).  Accordingly, the petition for review is DENIED.